CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

GERARD V. KASSABIAN, ESQ. (SBN 222703)
LAW    OFFICES    OF    GERARD    V.
KASSABIAN
9440 S. SANTA MONICA BLVD., SUITE 708
BEVERLY HILLS, CALIFORNIA 90210
TELEPHONE: (310) 278-8001
FACSIMILE: (310) 278-0808
GERARD@KASSABIANLAW.COM

ATTORNEYS FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Martin Vogel**, | Case No. 2:19-CV-00656-R-MRW |
| Plaintiff, | **Joint Status Report Re Settlement** |
| v. | |
| **Kafco Partnership**, a California Limited Partnership; and Does 1-10, | |
| Defendants. | Honorable Manuel Real |

Plaintiff MARTIN VOGEL ("Plaintiff") and Defendant KAFCO PARTNERSHIP ("Defendant") (collectively, "the Parties"), through their attorneys of record, hereby submit the following Joint Report:

2

Plaintiff BRIAN WHITAKER ("Plaintiff") and Defendant 611 WILSHIRE PROPERTIES ("Defendant") (collectively "the Parties) through their respective attorneys of record submit the Joint Status Report re Settlement as follows:

1. Status of the case:   Plaintiff and Defendant have exchanged demands and offers.  However, Mr. Kassabian assigned his paralegal to meet and confer regarding settlement.  No meet and confer has been conducted between counsel for the Parties.

2. Attempts at Settlement:  Plaintiff provided a demand to Defendant in April, 2019, however, no other communications regarding settlement occurred until July 1st.  The case remains unresolved because Defense counsel, whose client is a family member of defense counsel, values the case substantially less than the statutory recovery allowed by law to Plaintiff.

3. The Parties do not believe mediation will be fruitful given the settlement discussions that have occurred to date.


Dated: July 1, 2019              CENTER FOR DISABILITY ACCESS


                                 By:    /s/ Phyl Grace_____
                                        Phyl Grace, Esq.
                                        Attorneys for Plaintiff


Dated: July 1, 2019              LAW OFFICES OF GERARD V. KASSABIAN


                                 By:    /s/Gerard V. Kassabian_____
                                        Gerard V. Kassabian
                                        Attorney for Defendant


2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Status of Settlement                                    2:19-CV-00656-R-MRW

1

## **SIGNATURE CERTIFICATION**

2

3
I hereby certify that the content of this document is acceptable to Gerard V.

4
Kassabian, counsel for Kafco Partnership, and that I have obtained Mr.

5
Kassabian's authorization to affix his electronic signature to this document.

6

7
Dated: July 1, 2019         CENTER FOR DISABILITY ACCESS

8

9
By: _____

10
Phyl Grace
Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2