UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Martin Vogel,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Kafco Partnership,** a California Limited Partnership; and Does 1-10,<br><br>　　　　Defendants. | **Case:** 2:19-cv-00656-R-MRW<br><br>[Proposed] **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　Plaintiff's motion for summary judgment came on for hearing before this Court, Isabel Rose Masanque appearing for Plaintiff and Gerard V. Kassabian appearing for Defendant. The Plaintiff has provided the facts necessary to establish that a violation under the Americans with Disabilities Act has occurred, and is entitled to damages under the California Unruh Civil Rights Act. Therefore, after consideration of the briefs and arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED that plaintiff's motion for summary judgment is GRANTED.

1
2  Dated:                                    By:_____
3                                            Manuel L. Real
                                             United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28