CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Isabel Rose Masanque, Esq., SBN 292673
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
IsabelM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Martin Vogel**, <br> Plaintiff, <br> v. <br> **Kafco Partnership,** a California Limited Partnership; <br> Defendant. | **Case:** 2:19-cv-00656-R-MRW <br><br> **Plaintiff's Reply Brief in Support of Motion for Summary Judgment** <br><br> Date: September 16, 2019 <br> Time: 10:00 a.m. <br> Ctrm: 880 (8th Floor) <br><br> Hon. Judge R. Gary Klausner |

    The plaintiff's motion for summary judgment was filed before this court on July 29, 2019 and seeks judgment in in his favor as to his Unruh claim and for damages in the amount of $4,000, as well as injunctive relief.

    The e-mail generated by the court's ECF notification system on July 29, 2019, notifying the parties of the filing of Plaintiff's motion for summary judgment, included defense counsel, gerard@kassabianlaw.com.

Defendant's opposition to Plaintiff's motion for summary judgment was due on August 26, 2019. To date, Defendant has not filed an opposition to Plaintiff's motion for summary judgment.

Thus, the plaintiff respectfully requests this Court grant his motion.

Dated: August 29, 2019                              Center for Disability Access

                                                    By: */s/ Isabel Rose Masanque*
                                                    Isabel Rose Masanque
                                                    Attorneys for Plaintiff