CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Martin Vogel,** <br><br> Plaintiff, <br><br> v. <br><br> **Kafco Partnership,** a California Limited Partnership; and Does 1-10, <br><br> Defendants. | **Case No**. 2:19-cv-00656-R-MRW <br><br> **Declaration of Dennis Price** |

DECLARATION OF DENNIS PRICE

1. I, the undersigned, am an attorney of record for the Plaintiff and admitted to practice law in all courts in the State of California including the district court in which this matter is being heard.

2. Following this court's grant of summary judgment to the plaintiff, the parties have been in discussion pursuant to L.R. 7-3 on

resolution of the remaining issues rather than seeking a motion on attorney's fees. Those discussions have been on-going.

3. During these discussions, the court's order from October 26, 2019 requiring a joint status report was overlooked. The parties had been very close on resolution and it was simply missed.

4. Plaintiff's counsel regrets this oversight, however, this was not the result of intentional disrespect to the court. Plaintiff has been focusing on resolving the remaining issues without further involvement in this and two other matters pending between the counsel to this matter. The order for a status report was simply overlooked.

5. The status of this case is that the parties have been in on-going discussions regarding resolution of the attorney's fees motion. Plaintiff has produced a billing statement pursuant to L.R. 7-3 to allow for fruitful discussion. While those talks have slowed, Plaintiff has been hopeful a resolution could be found without court involvement. However, Plaintiff is able to commit to filing the

motion with this court by November 5, 2019 if the parties cannot reach a final resolution.

6. I request that the court refrain from entry of sanctions against any party to this matter. While an order was missed, this was the result of the parties focusing on efficient resolution, rather than intentional non-compliance with the order.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: November 3, 2013                    CENTER FOR DISABILITY ACCESS

                                                     /s/ Dennis J. Price
By: _____
Dennis Price, Esq.
Attorneys for Plaintiff